IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 22-cv-07224 |
| | ) |
| GIORDANO'S, LLC d/b/a | ) Judge Charles P. Kocoras |
| GIORDANO'S OF GURNEE, | ) |
| | ) Magistrate Judge Young B. Kim |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiff, HOWARD COHAN hereby gives notice of the voluntary dismissal of this action with prejudice, each party to bear its own costs, including attorneys' fees.

HOWARD COHAN

By: /s/ *Marshall J. Burt*
Marshall J. Burt
The Burt Law Group, Ltd.
Counsel for Plaintiff
77 W. Washington, Ste 1300
Chicago, IL 60602
312-419-1999
marshall@mjburtlaw.com
IARDC #6198381

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record and to:

Richard E. Daniels
Gordon Rees Scully Mansukhani
Attorney for Defendant
One North Franklin, Suite 800
Chicago, IL 60606
312-619-4930
rdaniels@grsm.com

by emailing same on this 24th day of March 2023.

/s/ *Marshall J. Burt*
Marshall J. Burt