## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Howard Cohan

                Plaintiff,

v.                                         Case No.: 1:22–cv–07224
                                                  Honorable Charles P. Kocoras

Giordano's, LLC

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 24, 2023:

      MINUTE entry before the Honorable Charles P. Kocoras: In light of the Plaintiff's Notice of Voluntary Dismissal filed on 3/24/2023 [13], this case is dismissed with prejudice. Telephonic status hearing set for 3/28/2023 is stricken. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.